# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | WILLIAM C & MARY L OFFLEY |
| **Case Number:** | 18-20195-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JULY 26, 2018 01:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
7/27/18 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#13 - Final Confirmation of Plan Dated 2/2/2018 (NFC)
+Objection by Wilmington Savings Fund Society, FAB
R / M #:   13 / 0

**Appearances:**

Debtor: Lemon
Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor:

Rusitak —
SPS

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 8/24/18
   Objections are due on or before 9/14/18.
   A hearing on the Amended Plan is set for 10/11/18 at 2:00.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3 yrs tax returns to
Be provided to document
$1650 monthly charitable
expense

7/23/2018  8:10:27AM