IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| William C. Offley and Mary L. Offley | : | Bankruptcy No. 18-20195-CMB |
| Debtors | : | Chapter 13 |
| Specialized Loan Servicing LLC, *et al.* | : | Document Nos. 37, 45 |
| Movant | : | Hearing Date & Time: 4/10/19 @ 11:00 |
| | : | |
| v. | : | |
| William C. Offley and Mary L. Offley | : | |
| | | |
| Respondent(s) | : | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
MOTION OF SPECIALIZED LOAN SERVICING LLC, AS SERVICER FOR WILMINGTON
SAVINGS FUND SOCIETY, FSB, DBA CHRISTIAN TRUST, NOT IN ITS INDIVIDUAL CAPACITY,
BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTOR TRUST, TO
CONTINUE HEARING SCHEDULED FOR APRIL 10, 2019**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Motion to Continue Hearing Scheduled for April 10, 2019.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐    An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

☐    No other order has been filed pertaining to the subject matter of this agreement.

X    The attached document does not require a proposed order.

Dated: April 1, 2019         By:  */s/ James C. Warmbrodt*
                                  Signature
                                  James C. Warmbrodt, Esquire

                                  _____
                                  Typed Name
                                  KML Law Group, P.C.
                                  BNY Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106

                                  _____
                                  Address
                                  412-430-3594

                                  _____
                                  Phone No.
                                  PA I.D. No. 42524

                                  _____
                                  List Bar I.D. and State of Admission

**PAWB Local Form 26 (06/17)**