IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| William C. Offley and Mary L. Offley | : | Bankruptcy No. 18-20195-CMB |
| Debtors | : | Chapter 13 |
| Specialized Loan Servicing LLC, *et al.* | : | Document Nos. 37, 45 |
| Movant | : | Hearing Date & Time: 6/5/19 @ 11:00 am |
| | : | |
| v. | : | |
| William C. Offley and Mary L. Offley | : | |
| Respondent(s) | : | |

### CERTIFICATION OF COUNSEL REGARDING
### MOTION OF SPECIALIZED LOAN SERVICING LLC, AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIAN TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTOR TRUST, TO CONTINUE HEARING SCHEDULED FOR JUNE 5, 2019

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Motion to Continue Hearing Scheduled for June 5, 2019.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐　　An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

☐　　No other order has been filed pertaining to the subject matter of this agreement.

X　　The attached document does not require a proposed order.

Dated:  May 20, 2019　　　　　　　By:  _/s/ James C. Warmbrodt_____
　　　　　　　　　　　　　　　　　　　　Signature
　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Typed Name
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Address
　　　　　　　　　　　　　　　　　　　　412-430-3594

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Phone No.
　　　　　　　　　　　　　　　　　　　　PA I.D. No. 42524

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　List Bar I.D. and State of Admission