# PROCEEDING MEMO

Date: 07/02/2019 11:00 am

In re: William C Offley
Mary L Offley

Bankruptcy No. 18-20195-CMB
Chapter: 13
Doc. # 37

Appearances: Winnecour / Pail / Katz / DeSimone ✓

Movant(s): James Warmbrodt

Respondents: Brian C. Thompson

Creditor(s):

Nature of Proceeding: #37 Continued Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing LLC

Additional Pleadings: #44 Exhibit A;  #45 Response by Debtors (all filed previously)

Judge's Notes:                               Continued to November 6, 2019 at 10:00 am

Outcome:

_____ Motion is GRANTED   _____Order entered
_____ Motion is DENIED_____Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED        Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED         Order entered
_____ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_days
_____ CONTINUED MATTER:    \_\_\_\_\_for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:      Movant(s) brief due _____days
                                Respondent(s) brief due _____days
                                Trustee's brief due _____days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
7/2/19 3:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William C Offley
Mary L Offley
    Debtors

Case No. 18-20195-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Jul 02, 2019
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
db/jdb        +William C Offley,    Mary L Offley,    PO Box 64, 305 Arch St.,    Mars, PA 16046-0064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:
            Brian C. Thompson    on behalf of Joint Debtor Mary L Offley bthompson@ThompsonAttorney.com,
             blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
            Brian C. Thompson    on behalf of Debtor William C Offley bthompson@ThompsonAttorney.com,
             blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
            James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FAB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com
            Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
            Matthew Christian Waldt    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            William E. Craig    on behalf of Creditor    Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                             TOTAL: 8