## PROCEEDING MEMO

Date: **11/06/2019 10:00 am**

In re: **William C Offley and Mary L. Offley**

Bankruptcy No. **18-20195-CMB**
Chapter: **13**
Doc. # **37**

**Appearances:** Katz /, Warmbrodt, Lemon

**Nature of Proceeding: #37 Continued Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing LLC**

**Additional Pleadings: #44 Exhibit A; #45 Response by Debtors (all filed previously)**

Judge's Notes:

Motion denied

*Order entered*

FILED
11/6/19 2:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge