IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: William C. Offley<br>Mary L. Offley<br>    Debtors. | : | Case No. 18-20195-CMB |
| | : | |
| | : | Chapter 13 |
| Specialized Loan Servicing LLC as<br>Servicer for Wilmington Savings Fund<br>Society, FSB, DBA Christiana Trust, not<br>In its individual capacity, but solely in its<br>Capacity as Owner Trustee for WF 19<br>Grantor Trust<br>    Movant, | : | |
| v. | : | Document No. |
| William C. Offley<br>Mary L. Offley and,<br>Ronda J. Winnecour<br>    Respondents. | : | Related to Document No. 37 |

## ORDER

AND NOW, this __6th__ day of __November__, 2019, upon consideration of the Response to the Motion for Relief From the Automatic Stay, it is hereby ORDERED that Creditor Specialized Loan Servicing LLC as Servicer for Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not In its individual capacity, but solely in its Capacity as Owner Trustee for WF 19 Grantor Trust's Motion for Relief From the Automatic Stay is hereby DENIED.

_____
United States Bankruptcy Judge

FILED
11/6/19 2:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-20195-CMB
William C Offley                                                Chapter 13
Mary L Offley
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: dric               Page 1 of 1                Date Rcvd: Nov 06, 2019
                             Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
db/jdb         +William C Offley,    Mary L Offley,    PO Box 64, 305 Arch St.,    Mars, PA 16046-0064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Joint Debtor Mary L Offley bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor William C Offley bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FAB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 8