**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  William C. Offley, and | : | Bankruptcy Case No.: 18-20195-CMB |
| Mary L. Offley, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| William C. Offley, and | : | Document No.: |
| Mary L. Offley, | : | |
| | : | Related to Document No.: |
| Movants, | : | |
| | : | Related to Claim No.: 24 |
| v. | : | |
| | : | |
| Wilmington Trust, | : | |
| National Association, c/o, | : | |
| Select Portfolio Servicing, Inc., | : | |
| | : | |
| Respondent. | : | |

## DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on December 6, 2019, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing payment is sufficient to fund the plan even with the proposed change for January 17, 2020.

The new post-petition monthly payment payable to Respondent is $1,656.91, effective January 17, 2020, per the notice dated December 6, 2019.  The Debtors' plan payment provides for a monthly payment to Wilmington Trust, National Association of $2,200.00.  Therefore, Debtors' plan remains sufficient.

Respectfully Submitted,

Date:  December 9, 2019

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtors
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com