**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/18/2020

IN RE:

| | |
|---|---|
| WILLIAM C OFFLEY<br>MARY L OFFLEY<br>PO BOX 64<br>305 ARCH STREET<br>MARS, PA 16046<br>XXX-XX-6173    Debtor(s)<br>XXX-XX-8892 | Case No. 18-20195 CMB<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

\*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/18/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | CRED DESC | Court Claim # | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **SYNCHRONY BANK** C/O PRA RECEIVABLES MANAGEMENT LLC, PO BOX 41021, NORFOLK, VA 23541 | 1 | 0.00% | NOTICE ONLY | | 6331 | 0.00 | GAP CARD/PRAE |
| **ALLY BANK(*)** ATTN TRUSTEE PAYMENT CENTER, PO BOX 78367, PHOENIX, AZ 85062-8367 | 2 | 4.00% | VEHICLE | 2 | 3369 | 26,911.16 | CL$GOVS@4%/PL*PMT/TT*ALLY FINANCIAL/SCH-PL*W/31*DK |
| **NISSAN MOTOR ACCEPTANCE CORP** POB 660366, DALLAS, TX 75266-0366 | 3 | 4.00% | VEHICLE | 1 | 9147 | 25,877.66 | CL$GOVS@TRMS/PL@PMT/TT*$/CL-PL@4%/PL*DK |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M** C/O ONE MAIN(*), PO BOX 3251, EVANSVILLE, TN 47731-3251 | 4 | 4.00% | VEHICLE | 9 | 0727 | 3,390.08 | CL$GOVS@4%/PL@PMT/TT*BGN 2/18*W/34 |
| **SPECIALIZED LOAN SVCNG LLC - AGENT FOR** PO BOX 636007, LITTLETON, CO 80163 | 5 | 6.50% | MORTGAGE PAID IN FULL | 3 | 8993 | 9,922.18 | CL$GOVS@6.5%@PIF/CONF*LTCD/PL*SLS@2ND/SCH*W/32*FR WILMINGTON-DOC |
| **WILMINGTON TRUST NA - TRUSTEE FOR MFRA** C/O SELECT PORTFOLIO SERVICING INC, ATTN REMITTANCE PROCESSING, PO BOX 65450, SALT LAKE CITY, UT 84165-0450 | 6 | 0.00% | MORTGAGE REGULAR PAYMEN | 24 | 9501 | 0.00 | PMT/DECL*DKT4LMT*2200/PL@SPS*1ST/SCH*BGN 2/18 |
| **AERO FEDERAL CREDIT UNION** 18301 N 79TH AVE STE A100, GLENDALE, AZ 85308-8459 | 7 | 0.00% | UNSECURED CREDITOR | | 8015 | 0.00 | |
| **FIRST ASSOCIATES LOAN SERVICING - AGENT** C/O FIRST ASSOCIATES LOAN SERVICING LLC, PO BOX 503550, SAN DIEGO, CA 92150 | 8 | 0.00% | UNSECURED CREDITOR | 10 | 6173 | 2,804.56 | 1627/SCH*BFCL/BORROWERS*LOAN BGN 10/2/15 |
| **MIDLAND FUNDING LLC** C/O MIDLAND CREDIT MANAGEMENT INC - AGE, PO BOX 2011, WARREN, MI 48090 | 9 | 0.00% | UNSECURED CREDITOR | 13 | 8619 | 6,074.42 | CAP ONE |
| **MIDLAND FUNDING LLC** C/O MIDLAND CREDIT MANAGEMENT INC - AGE, PO BOX 2011, WARREN, MI 48090 | 10 | 0.00% | UNSECURED CREDITOR | 14 | 0836 | 4,391.91 | CAP ONE |

| Creditor | Trustee Claim # | Court Claim # | INT % | Cred Desc | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | 11 | 12 | 0.00% | UNSECURED CREDITOR | 3821 | 1,196.85 | CAP ONE/BASENEW |
| CHOICE CHIROPRACTIC<br>8199 MCKNIGHT RD<br>PITTSBURGH, PA 15237 | 12 | 6 | 0.00% | UNSECURED CREDITOR | 6173 | 561.75 | NO ACCT/SCH |
| LVNV FUNDING LLC, ASSIGNEE<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | 13 | 20 | 0.00% | UNSECURED CREDITOR | 3163 | 4,953.78 | CITIBANK |
| LVNV FUNDING LLC, ASSIGNEE<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | 14 | 22 | 0.00% | UNSECURED CREDITOR | 2371 | 2,897.00 | CITIBANK |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 15 | 18 | 0.00% | UNSECURED CREDITOR | 0934 | 1,999.52 | COMENITY/GIANT EAGLE |
| CREDIT FIRST NA*<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br>CLEVELAND, OH 44181-8011 | 16 | | 0.00% | UNSECURED CREDITOR | X519 | 0.00 | NO$~FIRESTONE/SCH |
| LVNV FUNDING LLC, ASSIGNEE<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | 17 | 21 | 0.00% | UNSECURED CREDITOR | 3225 | 1,132.66 | CREDIT ONE/MHC/FNBM |
| DIRECTV LLC BY AMERICAN INFOSOURCE LP -<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | 18 | 17 | 0.00% | UNSECURED CREDITOR | 6852 | 459.66 | |
| EVERETT AND HURITE OPTHALMIC ASSOCIATION<br>1835 FORBES AVE<br>PITTSBURGH, PA 15219 | 19 | 7 | 0.00% | UNSECURED CREDITOR | 0186 | 305.00 | |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 20 | 19 | 0.00% | UNSECURED CREDITOR | 6331 | 393.33 | SYNCHRONY/GAP |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br><br>PORTLAND, OR 97208 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 4-2<br><br>CLAIM: 43,973.59<br>COMMENT: 5513/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6173 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 8<br><br>CLAIM: 17,703.08<br>COMMENT: FR ONEMAIN-DOC 23 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2149 |
| **PENN POWER/FIRST ENERGY***<br>5001 NASA BLVD<br><br>FAIRMONT, WV 26554 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 596.72<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3594 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0814 |
| **SALLIE MAE BANK**<br>C/O SALLIE MAE<br>PO BOX 3319<br><br>WILMINGTON, DE 19804 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 16,234.43<br>COMMENT: 0740/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6173 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 16<br><br>CLAIM: 119.38<br>COMMENT: 7164/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6173 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA 15250 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7012 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA 15250 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1083 |
| **USAA SAVINGS BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 23<br><br>CLAIM: 2,458.71<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9435 |
| **SARAH OFFLEY**<br>PO BOX 64<br><br>MARS, PA 16046 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 0.00<br>COMMENT: CL=1648.37*PIF @ 2 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3369 |
| **SPECIALIZED LOAN SVCNG LLC - AGENT FOR** <br>PO BOX 636007<br>LITTLETON, CO 80163 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 1,174.31<br>COMMENT: $CONF@PIF*SLS@2ND/SCH*NON-%-BEARING*W/5*FR WILMINGTON-DOC 71 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 8993 |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA 15219 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 310.00<br>COMMENT: FEES/PL | CRED DESC: FILING FEES<br>ACCOUNT NO.: 18-20195-CMB |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M**<br>C/O ONE MAIN(*)<br>PO BOX 3251<br>EVANSVILLE, TN 47731-3251 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 0.00<br>COMMENT: CL=517.41*PIF @ 4*ARRS*W/4 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0727 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SPECIALIZED LN~WILMINGTON~CHRISTIANA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 368.48<br>COMMENT: NT/SCH*ACCT OPEN 7/26/02 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **WILMINGTON TRUST NA - TRUSTEE FOR MFRA**<br>C/O SELECT PORTFOLIO SERVICING INC<br>ATTN REMITTANCE PROCESSING<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:24<br>CLAIM: 15,744.16<br>COMMENT: $/CL-PL@SPS*1ST/SCH*THRU 1/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9501 |
| **WILLIAM CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br>MOORESTOWN, NJ 08057 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NISSAN MOTOR ACCPTNC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |