**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: William C. Offley, and Mary L. Offley, | : | Bankruptcy Case No.: 18-20195-CMB |
| | : | Chapter 13 |
| Debtors. | : | |
| William C. Offley, and Mary L. Offley, | : | Document No.: 93 |
| | : | Related to Document No.: 92 |
| Movants, | : | Related to Claim No.: 24 |
| v. | : | |
| Wilmington Trust, National Association, c/o, Select Portfolio Servicing, Inc., | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Kristen Finke, Paralegal, hereby certify that a copy of the Debtors' Declaration of Sufficient Plan Funding at Document No. 92 was served by First Class U.S. mail postage prepaid and/or electronic correspondence on April 8, 2021 on the parties listed below:

Wilmington Trust, National Association
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT  84165-0250

Matthew C. Waldt, Esquire
Milstead & Associates, LLC
1 East Stow Road
Marlton, NJ  08053

Ronda J. Winnecour
Office of the Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219

U.S. Bankruptcy Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Dated:  April 8, 2021

/s/ Kristen Finke
Kristen Finke, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kfinke@thompsonattorney.com