**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  William C. Offley, and<br>Mary L. Offley,<br><br>Debtors.<br>_____ | :<br>:<br>:<br>:<br>:<br>: | Bankruptcy Case No.: 18-20195-CMB<br><br>Chapter 13 |
| William C. Offley, and<br>Mary L. Offley,<br><br>Movants,<br><br>v.<br><br>Wilmington Trust, National,<br>Association, not in its,<br>Individual capacity, but soley,<br>As Trustee of MFRA Trust,<br><br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Document No.: 96<br><br>Related to Document No.:<br><br>Related to Claim No.: 24 |

**DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on June 29, 2021, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing payment is sufficient to fund the plan even with the proposed change for September 17, 2021.

The new post-petition monthly payment payable to Respondent is $2,040.49, effective September 17, 2021, per the notice dated June 29, 2021.  The Debtors' plan payment provides for a monthly payment to Wilmington Trust, National Association of $2,200.00.  Therefore, Debtors' plan remains sufficient.

Respectfully Submitted,

Date:  August 17, 2021

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtors
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200

(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com