IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>WITHDRAWAL OF APPEARANCES BY ANDREW M. LUBIN, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF LORRAINE GAZZARA DOYLE, ESQUIRE IN VARIOUS OPEN CASES | re: 22-202-CMB<br><br>re doc. #4 |
|---|---|

# ORDER

AND NOW, this __3rd__ day of __February__, 2022, upon consideration of the Omnibus Joint Motion to Withdraw the Appearance of Andrew M. Lubin, Esquire and Enter the Appearance of Lorraine Gazzara Doyle, Esquire, it is hereby

ORDERED that the Motion is granted, and Andrew M. Lubin, Esquire is granted leave to withdraw his appearance as counsel of record in the list of cases attached to the Motion as Exhibit "A"; and it is further

ORDERED that the appearance of Lorraine Gazzara Doyle, Esquire, is entered as counsel of record for the parties formerly represented by Andrew M. Lubin, Esquire, in the list of cases attached to the Motion as Exhibit "A".

FILED
2/3/22 10:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge