# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: William C. Offley, and Mary L. Offley, | : : : : : : | Bankruptcy Case No.: 18-20195-CMB <br><br> Chapter 13 |
| Debtors. | : : | |
| William C. Offley, and Mary L. Offley, | : : : | Document No.: 101 <br><br> Related to Document No.: |
| Movants, | : : | Related to Claim No.: 24 |
| v. | : : | |
| Wilmington Trust, National, Association, not in its, Individual capacity, but soley, As Trustee of MFRA Trust, | : : : : : | |
| Respondent. | : | |

## DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on July 11, 2022, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing payment is sufficient to fund the plan even with the proposed change for August 17, 2022.

The new post-petition monthly payment payable to Respondent is $2,047.15, effective August 17, 2022, per the notice dated July 11, 2022. The Debtors' plan payment provides for a monthly payment to Wilmington Trust, National Association of $2,200.00. Therefore, Debtors' plan remains sufficient.

Respectfully Submitted,

Date: July 25, 2022

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtors
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200

(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com