**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: William C. Offley, and Mary L. Offley, | : | Bankruptcy Case No.: 18-20195-CMB |
| | : | Chapter 13 |
| Debtors. | : | |
| William C. Offley, and Mary L. Offley, | : | Document No.: 102 |
| | : | Related to Document No.: 101 |
| Movants, | : | Related to Claim No.: 24 |
| v. | : | |
| Wilmington Trust, National, Association, not in its, Individual capacity, but soley, As Trustee of MFRA Trust, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Maya Rowe, Paralegal, hereby certify that a copy of the Debtors' Declaration of Sufficient Plan Funding at Document No. 101 was served by First Class U.S. mail postage prepaid and/or electronic correspondence on July 25, 2022 on the parties listed below:

Wilmington Trust, National Association
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT  84165-0250

Matthew C. Waldt, Esquire
Milstead & Associates, LLC
1 East Stow Road
Marlton, NJ  08053

Ronda J. Winnecour
Office of the Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219

U.S. Bankruptcy Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Dated: July 25, 2022

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com