**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>WILLIAM C OFFLEY<br>MARY L OFFLEY<br><br>          Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>          Movant<br>     vs.<br>FIRST ASSOCIATES LOAN SERVICING -<br>AGENT FOR BFCL TRUST**<br>          Respondents | Case No. 18-20195CMB<br><br><br>Chapter 13<br><br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

   NO  EXPLANTION FOR REFUND SUPPLIED.  THE CLAIM HAS NOT BEEN TRANSFERRED OR WITHDRAWN.

| | |
|---|---|
| FIRST ASSOCIATES LOAN SERVICING - AGENT FOR BFCL TRUST**<br>C/O VERVENT INC* FKA FIRST ASSOC LN SVCNG<br>LOCKBOX 206536<br>2975 REGENT BLVD #100<br>IRVING, TX 75063 | Court claim# 10/Trustee CID# 8 |

The Movant further certifies that on 10/11/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>      original creditor<br>      putative creditor<br>      counsel for debtor(s)<br>      counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>WILLIAM C OFFLEY, MARY L OFFLEY, PO BOX 64, 305 ARCH STREET, MARS, PA 16046 | DEBTOR'S COUNSEL:<br>BRIAN C THOMPSON ESQ, THOMPSON LAW GROUP PC, 125 WARRENDALE-BAYNE ROAD, WARRENDALE, PA  15086 |
| ORIGINAL CREDITOR:<br>FIRST ASSOCIATES LOAN SERVICING - AGENT FOR BFCL TRUST**, C/O VERVENT INC* FKA FIRST ASSOC LN SVCNG, LOCKBOX 206536, 2975 REGENT BLVD #100, IRVING, TX  75063 | :<br>FIRST ASSOCIATES LOAN SERVICING LLC**, 2975 REGENT BLVD #100, LOCKBOX 206536, IRVING, TX  75063 |
| NEW CREDITOR: | |