| Information to identify the case: |
|---|
| Debtor 1      William C Offley |
| Debtor 2      Mary L Offley |
| United States Bankruptcy Court for the:  Western District of Pennsylvania |
| Case number 18-20195 |

# NOTICE OF CHANGE OF ADDRESS FOR NOTICES AND PAYMENTS

**First Associates Loan Servicing, LLC** (hereinafter "Creditor") hereby gives notice that all presently held or future payments and all notice/correspondences to Creditor for the claims filed in
this bankruptcy case should be sent to the following address:

## CHANGE IN NOTICE ADDRESS

| Prior Notice Address | New Notice Address |
|---|---|
| First Associates Loan Servicing, LLC<br>P.O. Box 503430<br>San Diego CA 92150 | First Associates Loan Servicing, LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

## CHANGE IN PAYMENT ADDRESS

| Prior Payment Address | New Payment Address |
|---|---|
| First Associates Loan Servicing, LLC<br>P.O. Box 503430<br>San Diego CA 92150 | First Associates Loan Servicing, LLC<br>PO Box 2489<br>Kirkland, WA 98083-2489 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.

Signed by:  /s/ Fredy Tlatenchi          Dated: 10/28/2022

Authorized agent for Creditor

Print Name: Fredy Tlatenchi