IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 18-20195-CMB |
| William C. Offley ) | Chapter 13 |
| Mary L. Offley ) | |
|     Debtor(s) ) | Doc #__118__ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     vs. ) | |
| William C. Offley ) | |
| Mary L. Offley ) | |
|     Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a **Zoom Video Conference** hearing on the Trustee's motion will be held on **April 20, 2023, at 1:30 p.m. before Judge Carlota Böhm.** Parties or counsel of record who intent to participate in the hearing shall appear by Zoom Video Conference and shall make arrangements as directed by Judge Böhm's Zoom Procedures at **http://www/pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **March 29, 2023.**

| | |
|---|---|
| 3/9/23 | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William C Offley  
Mary L Offley  
    Debtors

Case No. 18-20195-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Mar 10, 2023     Form ID: pdf900     Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William C Offley, Mary L Offley, PO Box 64, 305 Arch St., Mars, PA 16046-0064 |
| cr | | First Associates Loan Servicing, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14760984 | + | BorrowersFirst, PO Box 163207, Austin, TX 78716-3207 |
| 14760988 | ++ | CHOICE CHIROPRACTIC AND WELLNESS CENTER, 8074 McIntyre Sq Dr, Pittsburgh, PA 15237 address filed with court:, Choice Chiropractic and Wellness Center, 8199 McKnight Rd. STE 102, Pittsburgh, PA 15237-5749 |
| 14760995 | + | Everett and Hurite Opthamalmic Assoc., c/o Steve G. McLean, 1835 Forbes Ave., Pittsburgh, PA 15219-5835 |
| 14788566 | | First Associates Loan Servicing, LLC, as agent for BFCL Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14760997 | + | Nelnet, US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |
| 14760998 | | Nissan Motor Acceptance, PO Box 742658, Cincinnati, OH 45274-2658 |
| 14761002 | | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14761004 | + | Sarah Offley, PO Box 64, Mars, PA 16046-0064 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 10 2023 23:58:21 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2023 23:58:07 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 10 2023 23:55:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14760982 | + | Email/Text: rosemary@aerofed.net | Mar 10 2023 23:55:10 | Aero Federal Credit Union, 18301 N. 79th Ave Ste A100, Glendale, AZ 85308-0708 |
| 14763910 | | Email/Text: ally@ebn.phinsolutions.com | Mar 10 2023 23:55:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14760983 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 10 2023 23:55:00 | Ally Financial, PO Box 8128, Cockeysville, MD 21030-8128 |
| 14760985 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2023 23:58:04 | Capital One Bank, PO Box 30285, Salt Lake City, NV 84130-0285 |
| 14760986 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2023 23:57:49 | CapitalOne, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14760987 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2023 23:58:04 | Capitol One Bank, PO Box 30281, Salt Lake City, NV 84130-0281 |
| 14760989 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2023 23:58:23 | Citi Cards/Citibank, PO Box6241, Sioux Falls, SD 57117-6241 |

Case 18-20195-CMB    Doc 121    Filed 03/12/23    Entered 03/13/23 01:23:34    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 10, 2023 | Form ID: pdf900 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 14760990 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2023 23:58:10 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14760991 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2023 23:55:00 | Commenity Bank/GiantEagle, PO Box 182789, Columbus, OH 43218-2789 |
| 14760992 | | Email/Text: BKPT@cfna.com | Mar 10 2023 23:55:00 | Credit First NA / Firestone, PO Box 81083, Cleveland, OH 44181 |
| 14760993 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2023 23:57:51 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14760994 | | Email/Text: G06041@att.com | Mar 10 2023 23:55:00 | Directv, PO Box 6550, Greenwood Village, CO 80155 |
| 14795593 | | Email/Text: G06041@att.com | Mar 10 2023 23:55:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14760996 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2023 23:58:19 | GAP/Synchrony Bank, PO Box 965004, Orlando, FL 32896-5003 |
| 15560443 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 23:58:10 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14797674 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 23:57:51 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14797646 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 23:57:51 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14790837 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 10 2023 23:55:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14763807 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 10 2023 23:55:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14783049 | | Email/PDF: cbp@onemainfinancial.com | Mar 10 2023 23:57:48 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14760999 | | Email/PDF: cbp@onemainfinancial.com | Mar 10 2023 23:58:05 | OneMain Financial, PO Box 742536, Cincinnnati, OH 45274-2536 |
| 14761000 | + | Email/PDF: cbp@onemainfinancial.com | Mar 10 2023 23:57:50 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14797629 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2023 23:58:07 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14761530 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 10 2023 23:57:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14761001 | | Email/Text: bankruptcy@firstenergycorp.com | Mar 10 2023 23:55:00 | Penn Power, PO Box 16001, Reading, PA 19612-6001 |
| 14775542 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 10 2023 23:55:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14795598 | | Email/Text: bnc-quantum@quantum3group.com | Mar 10 2023 23:55:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14761006 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 10 2023 23:55:00 | SPS - Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14761003 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Mar 10 2023 23:55:00 | Sallie Mae, P.O. Box 8377, Philadelphia, PA 19101-8377 |
| 14789020 | | Email/Text: ebn_bkrt_forms@salliemae.com | Mar 10 2023 23:55:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14761005 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 10 2023 23:55:00 | Specialized Loan Servicing, 6200 S. Quebec |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Street, Greenwood Village, CO 80111-4720 |
| 14771773 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 10 2023 23:55:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14761007 | ^ | MEBN | Mar 10 2023 23:50:52 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14794120 | ^ | MEBN | Mar 10 2023 23:50:59 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14801612 | + | Email/Text: bncmail@w-legal.com | Mar 10 2023 23:55:00 | USAA SAVINGS BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14761008 | + | Email/Text: bkelectronicnotices@usaa.com | Mar 10 2023 23:55:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 14793207 | | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2023 23:58:22 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14767293 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 10 2023 23:55:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14801891 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 10 2023 23:55:00 | Wilmington Trust, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 42

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Select Portfolio Servicing, Inc. |
| cr | | Wilmington Savings Fund Society, FAB, DBA Christia |
| cr | | Wilmington Trust, National Association, not in its |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Nissan Motor Acceptance Corporation, P.O. Box 660366, Dallas, TX 75266-0366 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14786315 | * | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15112821 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2023 at the address(es) listed**

District/off: 0315-2      User: auto      Page 4 of 4
Date Rcvd: Mar 10, 2023      Form ID: pdf900      Total Noticed: 52

**below:**

| Name | Email Address |
|---|---|
| Bernadette Irace | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 birace@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FAB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor William C Offley bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Mary L Offley bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 ldoyle@logs.com, logsecf@logs.com |
| Matthew Christian Waldt | on behalf of Creditor Select Portfolio Servicing Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Matthew Christian Waldt | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 10