# PROCEEDING MEMO

Date: 05/25/2023 01:30 pm

In re:  William C Offley
        Mary L Offley

Bankruptcy No. 18-20195-CMB
Chapter: 13
Doc. # 118

Appearances: James Warmbrodt, Brent Lemon

Nature of Proceeding: #118 Continued Trustee's Motion to Dismiss

Additional Pleadings: #123 Response by Debtor (filed previously)


OUTCOME: Hearing Held.
         Consent Order/Stipulation filed with the Court - Matter resolved.
         Motion Withdrawn.


FILED
5/26/23 11:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota Böhm
U.S. Bankruptcy Judge