# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: William C. Offley, and Mary L. Offley, | : : : : : | Bankruptcy Case No.: 18-20195-CMB<br><br>Chapter 13 |
| Debtors. | : : | |
| William C. Offley, and Mary L. Offley, | : : : | Document No.: 130<br><br>Related to Document No.: |
| Movants, | : : | Related to Claim No.: 24 |
| v. | : : | |
| Wilmington Trust, National Association, not in its, individual capacity, but solely as Trustee of MFRA Trust, | : : : : : | |
| Respondent. | : | |

## DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on May 18, 2023, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing payment is sufficient to fund the plan even with the proposed change for June 17, 2023.

The new post-petition monthly payment payable to Respondent is $2,042.66, effective June 17, 2023, per the notice dated May 18, 2023. The Debtors' plan payment provides for a monthly payment to Wilmington Trust, National Association, of $2,200.00. Therefore, Debtors' plan remains sufficient.

Respectfully Submitted,

Date: May 30, 2023

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtors
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
(724) 799-8404 Telephone

(724) 799-8409 Facsimile
bthompson@thompsonattorney.com