IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  William C. Offley,<br>Mary L. Offley,<br><br>Debtors. | : : : : : : | Bankruptcy No. 18-20195-CMB<br><br>Chapter 13 |
| William C. Offley,<br>Mary L. Offley,<br><br>Movants,<br><br>v.<br><br>No Respondents,<br><br>Respondent. | : : : : : : : : : : : | Document No.<br><br>Related to Document No. 114, 115 |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are **not** required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 31, 2023, at docket numbers 114 and 115, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtors*: William C. Offley and Mary L. Offley*. Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: June 6, 2023        /s/ *William C Offley*
                           ID kbmBmrfdqvxNjQVyyh6W5h1H
                           William C. Offley, Debtor

Dated: June 6, 2023        /s/ *Mary L. Offley*
                           ID LJUNFGMpNeuDtnc7vFmnetv4
                           Mary L. Offley, Debtor

                           Respectfully submitted,

Dated: June 7, 2023        /s/Brian C. Thompson
                           Brian C. Thompson, Esquire

PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
bthompson@thompsonattorney.com

## eSignature Details

**Signer ID:** **LJUNFGMpNeuDtnc7vFmnetv4**
Signed by: Mary Offley
Sent to email: MaryOffley@gmail.com
IP Address: 24.144.188.241
Signed at: Jun 6 2023, 5:27 pm EDT

**Signer ID:** **kbmBmrfdqvxNjQVyyh6W5h1H**
Signed by: William Offley
Sent to email: BillOffley@gmail.com
IP Address: 174.198.142.31
Signed at: Jun 6 2023, 6:25 pm EDT