**Fill in this information to identify the case:**

Debtor 1  William C Offley

Debtor 2  Mary L Offley
(Spouse, if filing)

United States Bankruptcy Court for the:  Western District of Pennsylvania

Case number  18-20195-CMB

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:**  Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1

**Court claim no.** (if known)  24

**Last 4 digits** of any number you use to identify the debtor's account:  XXXXXX9501

**Property address:**  305 Arch Street
Number    Street

Mars        PA        16046
City        State        ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current wit all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on :  07 / 17 / 2023
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as the date of this response is:

a. Total postpetition ongoing payments due:                                                    (a)  $_____

b. Total fees, charges, expenses, escrow, and costs outstanding                         + (b)  $_____

c. **Total**. Add lines a and b.                                                                               (c)  $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:       __ / __ / _____
MM / DD / YYYY

Debtor 1  William C Offley                                    Case number (*if known*) 18-20195-CMB
          First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs the creditor must attach an itemized payment history disclosing the following amount from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box*:

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applied.

Signature: /s/ Roger Fay, Esq., ID No. 315987        Date: July 20, 2023

Print:   Roger Fay, Esquire                          Title: Attorney for Creditor
         First Name    Middle Name    Last Name

Company: Milstead & Associates, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 14000 Commerce Parkway, Suite H
         Number    Street

         Mount Laurel          NJ          08054
         City                  State       ZIP Code

Contact phone: (856) 724-1888                    Email: rfay@alaw.net

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>William C Offley<br>Mary L Offley,<br>      Debtors, | Bankruptcy No. 18-20195-CMB<br>Chapter 13 |
| Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1,<br>      Secured Creditor, | |
| William C Offley and Mary L Offley,<br>      Debtors / Respondents, | |
| and<br>Ronda J. Winnecour,<br>      Trustee / Respondent. | |

**CERTIFICATION OF SERVICE OF
RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 20, 2023. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification and first-class mail.

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Service by Electronic Notification:**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Email: cmecf@chapter13trusteewdpa.com

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086
Email: bthompson@ThompsonAttorney.com

**Service by First Class Mail:**

| | |
|---|---|
| William C Offley<br>PO Box 64, 305 Arch St.<br>Mars, PA 16046 | Mary L Offley<br>PO Box 64, 305 Arch St.<br>Mars, PA 16046 |

Dated:  July 20, 2023     By: /s/ Roger Fay
                          Signature

                          Roger Fay, Esquire
                          Typed Name

                          14000 Commerce Parkway, Suite H
                          Mount Laurel, NJ 08054
                          Address

                          (856) 724-1888
                          Phone No.

                          315987, Pennsylvania
                          List Bar I.D. and State of Admission
                          rfay@alaw.net
                          **Attorneys for Secured Creditor**
                          **PAWB Local Form 7 (07/13)**