**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          )          Bankruptcy No.: 18-20195-CMB
    William C. Offley and,                )
    Mary L. Offley,                          )          Document No.
                                   )
            Debtor.                     )          Related to Document No.
----------------------------------------------- )
Thompson Law Group, P.C.,              )
                                   )
         Applicant,                    )
v.                                                )
                                   )
No Respondent.                          )

## <u>CONSENT ORDER FOR JUDGMENT</u>

       AND NOW, this _____ day of _____ 2023, upon consideration of

Proposed Consent Order Relating to Administrative Fees of Thompson Law Group, P.C.,

it is hereby ORDERED, ADJUDGED and DECREED that a Money Judgment is entered

in favor of Brian C. Thompson, Esquire and Thompson Law Group, P.C. in the amount

of $1,365.45, less any fees paid by the Chapter 13 Trustee, and against William C. Offley

and Mary L. Offley, to be paid at $250.00 per month, beginning at the close of his

chapter 13 bankruptcy case.

       It is further ORDERED that this Order may be registered and shall be entitled to

full faith and credit as a judgment in any Court of the United States of America pursuant

to the Pennsylvania Uniform Registration of Foreign Judgments Act, as amended.

       It is further ORDERED that Debtor agrees, by signing below, to waive

dischargeability of this debt in any future bankruptcy case.

Date: _August 7, 2023_____          _/s/ William C. Offley_____
                                         William C. Offley., Debtor

Date:  _August 7, 2023_____    _/s/Mary L. Offley_____
                                  Mary L. Offley, Debtor

Date:  _August 7, 2023_____    _/s/Brian C. Thompson_____
                                  Brian C. Thompson, Debtor

Date: _____            _____
                                  Carlota Böhm
                                  United States Bankruptcy Judge