IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 18-20195-CMB |
|    William C. Offley and, | ) | |
|    Mary L. Offley, | ) | Document No. |
| | ) | |
|        Debtor. | ) | Related to Document No. 135 |
| ----------------------------------------- | ) | |
| Thompson Law Group, P.C., | ) | |
| | ) | |
|    Applicant, | ) | |
| v. | ) | |
| | ) | |
| No Respondent. | ) | |

## CONSENT ORDER FOR JUDGMENT

AND NOW, this 18th day of August 2023, upon consideration of Proposed Consent Order Relating to Administrative Fees of Thompson Law Group, P.C., it is hereby ORDERED, ADJUDGED and DECREED that a Money Judgment is entered in favor of Brian C. Thompson, Esquire and Thompson Law Group, P.C. in the amount of $1,365.45, less any fees paid by the Chapter 13 Trustee, and against William C. Offley and Mary L. Offley, to be paid at $250.00 per month, beginning at the close of his chapter 13 bankruptcy case.

It is further ORDERED that this Order may be registered and shall be entitled to full faith and credit as a judgment in any Court of the United States of America pursuant to the Pennsylvania Uniform Registration of Foreign Judgments Act, as amended.

It is further ORDERED that Debtor agrees, by signing below, to waive dischargeability of this debt in any future bankruptcy case.

Date: August 7, 2023

/s/ William C. Offley
William C. Offley., Debtor

Date: August 7, 2023

/s/Mary L. Offley
Mary L. Offley, Debtor

Date: August 7, 2023

/s/Brian C. Thompson
Brian C. Thompson, Debtor

Date: August 15, 2023

Carlota Böhm
United States Bankruptcy Judge

FILED
8/18/23 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA