**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WILLIAM C OFFLEY
MARY L OFFLEY
           Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
           Movant
      vs.
No Respondents.

Case No.:18-20195

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,   **\***

2. Approve the Trustee's Report of Receipts and Disbursements,

3. Terminate wage attachments,

4. Revest property of the estate in the debtor(s), and

5. Enter a final decree and close this case.

August 25, 2023

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**\*Debtor Attorney Fees are excepted from discharge**

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/19/2018  and confirmed on 3/19/18 .  The case was subsequently
Completed After Confirmation

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 258,240.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 258,240.00 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 10,035.09 | |
| Trustee Fee | 11,717.36 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 21,752.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON TRUST NA - TRUSTEE FOR<br>Acct: 9501 | 0.00 | 114,194.55 | 0.00 | 114,194.55 |
| WILMINGTON TRUST NA - TRUSTEE FOR<br>Acct: 9501 | 15,744.16 | 15,744.16 | 0.00 | 15,744.16 |
| LVNV FUNDING LLC<br>Acct: 3369 | 26,911.16 | 26,911.16 | 2,545.76 | 29,456.92 |
| NISSAN MOTOR ACCEPTANCE CORP<br>Acct: 9147 | 25,877.66 | 25,877.66 | 2,807.26 | 28,684.92 |
| ONE MAIN FINANCIAL GROUP LLC A/S/F C<br>Acct: 0727 | 3,390.08 | 3,390.08 | 319.29 | 3,709.37 |
| LVNV FUNDING LLC<br>Acct: 3369 | 0.00 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC A/S/F C<br>Acct: 0727 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPECIALIZED LOAN SVCNG LLC - AGENT<br>Acct: 8993 | 9,922.18 | 9,922.18 | 2,087.90 | 12,010.08 |
| SPECIALIZED LOAN SVCNG LLC - AGENT<br>Acct: 8993 | 1,174.31 | 1,174.31 | 0.00 | 1,174.31 |
| | | | | 204,974.31 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM C OFFLEY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC(*)<br>Acct: | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC(*)<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX1-20 | 6,424.52 | 6,424.52 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC(*)<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX2-22 | 360.57 | 360.57 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXX-CMB | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 310.00 |

18-20195

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| AERO FEDERAL CREDIT UNION<br>Acct: 8015 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST ASSOCIATES LOAN SERVICING LL(<br>Acct: 6173 | 2,804.56 | 806.96 | 0.00 | 806.96 |
| MIDLAND FUNDING LLC<br>Acct: 8619 | 6,074.42 | 1,747.79 | 0.00 | 1,747.79 |
| MIDLAND FUNDING LLC<br>Acct: 0836 | 4,391.91 | 1,263.68 | 0.00 | 1,263.68 |
| MIDLAND FUNDING LLC<br>Acct: 3821 | 1,196.85 | 334.56 | 0.00 | 334.56 |
| CHOICE RESTORATIVE MEDICINE<br>Acct: 6173 | 561.75 | 156.73 | 0.00 | 156.73 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 3163 | 4,953.78 | 1,425.35 | 0.00 | 1,425.35 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 2371 | 2,897.00 | 833.55 | 0.00 | 833.55 |
| QUANTUM3 GROUP LLC AGNT - MOMA FL<br>Acct: 0934 | 1,999.52 | 575.32 | 0.00 | 575.32 |
| CREDIT FIRST NA*<br>Acct: X519 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 3225 | 1,132.66 | 316.62 | 0.00 | 316.62 |
| DIRECTV LLC BY AMERICAN INFOSOURC<br>Acct: 6852 | 459.66 | 128.49 | 0.00 | 128.49 |
| EVERETT AND HURITE OPTHALMIC ASSC<br>Acct: 0186 | 305.00 | 73.28 | 0.00 | 73.28 |
| QUANTUM3 GROUP LLC AGNT - MOMA FL<br>Acct: 6331 | 393.33 | 109.95 | 0.00 | 109.95 |
| US DEPARTMENT OF EDUCATION<br>Acct: 6173 | 43,973.59 | 12,652.50 | 0.00 | 12,652.50 |
| PRA RECEIVABLES MANAGEMENT LLC - /<br>Acct: 2149 | 17,703.08 | 5,093.70 | 0.00 | 5,093.70 |
| PENN POWER/FIRST ENERGY*<br>Acct: 3594 | 596.72 | 166.80 | 0.00 | 166.80 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 0814 | 0.00 | 0.00 | 0.00 | 0.00 |
| SALLIE MAE BANK<br>Acct: 6173 | 16,234.43 | 4,671.12 | 0.00 | 4,671.12 |
| UPMC HEALTH SERVICES<br>Acct: 6173 | 119.38 | 33.37 | 0.00 | 33.37 |
| UPMC HEALTH SERVICES<br>Acct: 7012 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES<br>Acct: 1083 | 0.00 | 0.00 | 0.00 | 0.00 |
| USAA SAVINGS BANK<br>Acct: 9435 | 2,458.71 | 707.45 | 0.00 | 707.45 |
| VERIZON BY AMERICAN INFOSOURCE LP<br>Acct: 0001 | 368.48 | 106.02 | 0.00 | 106.02 |
| SYNCHRONY BANK<br>Acct: 6331 | 0.00 | 0.00 | 0.00 | 0.00 |
| SARAH OFFLEY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN C NICHOLAS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM E CRAIG ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES (AMERICAN IN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 31,203.24 |

TOTAL PAID TO CREDITORS                                                                          236,487.55

    TOTAL CLAIMED
    PRIORITY           310.00
    SECURED       83,019.55
    UNSECURED   108,624.83

Date: 08/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WILLIAM C OFFLEY
    MARY L OFFLEY
         Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:18-20195

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.  ∗

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    **∗Debtor Attorney Fees are**
    **excepted from discharge**

                 BY THE COURT:

                 _____
                 U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 18-20195-CMB

William C Offley                                                                           Chapter 13

Mary L Offley

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                           Page 1 of 4

Date Rcvd: Aug 28, 2023                       Form ID: pdf900                            Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William C Offley, Mary L Offley, PO Box 64, 305 Arch St., Mars, PA 16046-0064 |
| cr | | First Associates Loan Servicing, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14760984 | + | BorrowersFirst, PO Box 163207, Austin, TX 78716-3207 |
| 14760988 | ++ | CHOICE CHIROPRACTIC AND WELLNESS CENTER, 8074 McIntyre Sq Dr, Pittburgh, PA 15237 address filed with court:, Choice Chiropractic and Wellness Center, 8199 McKnight Rd. STE 102, Pittsburgh, PA 15237-5749 |
| 14760995 | + | Everett and Hurite Opthamalmic Assoc., c/o Steve G. McLean, 1835 Forbes Ave., Pittsburgh, PA 15219-5835 |
| 14788566 | | First Associates Loan Servicing, LLC, as agent for BFCL Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14760998 | | Nissan Motor Acceptance, PO Box 742658, Cincinnati, OH 45274-2658 |
| 14761002 | | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14761004 | + | Sarah Offley, PO Box 64, Mars, PA 16046-0064 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2023 23:41:31 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2023 00:02:42 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 28 2023 23:37:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14760982 | + | Email/Text: rosemary@aerofed.net | Aug 28 2023 23:37:00 | Aero Federal Credit Union, 18301 N. 79th Ave Ste A100, Glendale, AZ 85308-0708 |
| 14763910 | | Email/Text: ally@ebn.phinsolutions.com | Aug 28 2023 23:36:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14760983 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 28 2023 23:36:00 | Ally Financial, PO Box 8128, Cockeysville, MD 21030-8128 |
| 14760985 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2023 00:02:47 | Capital One Bank, PO Box 30285, Salt Lake City, NV 84130-0285 |
| 14760986 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2023 23:41:35 | CapitalOne, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14760987 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2023 00:02:47 | Capitol One Bank, PO Box 30281, Salt Lake City, NV 84130-0281 |
| 14760989 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2023 00:02:46 | Citi Cards/Citibank, PO Box6241, Sioux Falls, SD 57117-6241 |
| 14760990 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

District/off: 0315-2       User: auto       Page 2 of 4

Date Rcvd: Aug 28, 2023       Form ID: pdf900       Total Noticed: 52

| | | | |
|---|---|---|---|
| | | Aug 28 2023 23:41:45 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14760991 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2023 23:38:00 | Commenity Bank/GiantEagle, PO Box 182789, Columbus, OH 43218-2789 |
| 14760992 | Email/Text: BKPT@cfna.com | Aug 28 2023 23:36:00 | Credit First NA / Firestone, PO Box 81083, Cleveland, OH 44181 |
| 14760993 | Email/PDF: creditonebknotifications@resurgent.com | Aug 28 2023 23:41:46 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14760994 | Email/Text: G06041@att.com | Aug 28 2023 23:39:00 | Directv, PO Box 6550, Greenwood Village, CO 80155 |
| 14795593 | Email/Text: G06041@att.com | Aug 28 2023 23:39:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14760996 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:40:34 | GAP/Synchrony Bank, PO Box 965004, Orlando, FL 32896-5003 |
| 15560443 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:41:38 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14797674 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2023 00:02:43 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14797646 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:40:39 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14790837 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 23:38:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14760997 | + Email/Text: electronicbkydocs@nelnet.net | Aug 28 2023 23:38:00 | Nelnet, US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |
| 14763807 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 28 2023 23:37:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14783049 | Email/PDF: cbp@omf.com | Aug 28 2023 23:40:54 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14760999 | Email/PDF: cbp@omf.com | Aug 29 2023 00:31:32 | OneMain Financial, PO Box 742536, Cincinnnati, OH 45274-2536 |
| 14761000 | + Email/PDF: cbp@omf.com | Aug 29 2023 00:02:35 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14797629 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2023 23:41:41 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14761530 | + Email/PDF: rmscedi@recoverycorp.com | Aug 29 2023 00:02:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14761001 | Email/Text: bankruptcy@firstenergycorp.com | Aug 28 2023 23:38:00 | Penn Power, PO Box 16001, Reading, PA 19612-6001 |
| 14775542 | + Email/Text: bankruptcy@firstenergycorp.com | Aug 28 2023 23:38:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14795598 | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 23:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14761006 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 28 2023 23:39:00 | SPS - Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14761003 | + Email/Text: ebn_bkrt_forms@salliemae.com | Aug 28 2023 23:39:00 | Sallie Mae, P.O. Box 8377, Philadelphia, PA 19101-8377 |
| 14789020 | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 28 2023 23:39:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |

District/off: 0315-2                          User: auto                                Page 3 of 4

Date Rcvd: Aug 28, 2023                    Form ID: pdf900                          Total Noticed: 52

| | | | |
|---|---|---|---|
| 14761005 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 28 2023 23:37:00 | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14771773 | + Email/Text: electronicbkydocs@nelnet.net | Aug 28 2023 23:38:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14761007 | ^ MEBN | Aug 28 2023 23:29:59 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14794120 | Email/Text: BNCnotices@dcmservices.com | Aug 28 2023 23:37:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14801612 | + Email/Text: bncmail@w-legal.com | Aug 28 2023 23:38:00 | USAA SAVINGS BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14761008 | + Email/Text: bkelectronicnotices@usaa.com | Aug 28 2023 23:36:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 14793207 | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2023 23:41:41 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14767293 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 28 2023 23:37:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14801891 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 28 2023 23:39:00 | Wilmington Trust, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Select Portfolio Servicing, Inc. |
| cr | | Wilmington Savings Fund Society, FAB, DBA Christia |
| cr | | Wilmington Trust, National Association, not in its |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Nissan Motor Acceptance Corporation, P.O. Box 660366, Dallas, TX 75266-0366 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14786315 | * | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15112821 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023                    Signature:            /s/Gustava Winters

District/off: 0315-2                          User: auto                          Page 4 of 4
Date Rcvd: Aug 28, 2023                        Form ID: pdf900                      Total Noticed: 52

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Bernadette Irace | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 birace@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FAB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor William C Offley bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Mary L Offley bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 ldoyle@logs.com, logsecf@logs.com |
| Matthew Christian Waldt | on behalf of Creditor Select Portfolio Servicing  Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Matthew Christian Waldt | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11