**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William C Offley | Social Security number or ITIN xxx–xx–6173 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Mary L Offley | Social Security number or ITIN xxx–xx–8892 |
| | First Name  Middle Name  Last Name | EIN __–_____ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:    18–20195–CMB

# Order of Discharge                                                                                                                         12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William C Offley                                             Mary L Offley

10/13/23                                                          **By the court:** <u>Carlota M Bohm</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William C Offley  
Mary L Offley  
    Debtors

Case No. 18-20195-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Oct 13, 2023      Form ID: 3180W      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William C Offley, Mary L Offley, PO Box 64, 305 Arch St., Mars, PA 16046-0064 |
| cr | | First Associates Loan Servicing, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14760984 | + | BorrowersFirst, PO Box 163207, Austin, TX 78716-3207 |
| 14760988 | ++ | CHOICE CHIROPRACTIC AND WELLNESS CENTER, 8074 McIntyre Sq Dr, Pittsburgh, PA 15237 address filed with court:, Choice Chiropractic and Wellness Center, 8199 McKnight Rd. STE 102, Pittsburgh, PA 15237-5749 |
| 14760995 | + | Everett and Hurite Opthamalmic Assoc., c/o Steve G. McLean, 1835 Forbes Ave., Pittsburgh, PA 15219-5835 |
| 14788566 | | First Associates Loan Servicing, LLC, as agent for BFCL Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14760998 | | Nissan Motor Acceptance, PO Box 742658, Cincinnati, OH 45274-2658 |
| 14761002 | | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14761004 | + | Sarah Offley, PO Box 64, Mars, PA 16046-0064 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 14 2023 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2023 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 14 2023 03:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2023 00:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Oct 14 2023 03:53:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Oct 14 2023 03:53:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 14 2023 00:06:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14760982 | + | Email/Text: rosemary@aerofed.net | Oct 14 2023 00:06:00 | Aero Federal Credit Union, 18301 N. 79th Ave Ste A100, Glendale, AZ 85308-0708 |
| 14763910 | | EDI: GMACFS.COM | Oct 14 2023 03:53:00 | Ally Bank, PO Box 130424, Roseville MN |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: 3180W | Total Noticed: 54 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14760983 | + | EDI: GMACFS.COM | Oct 14 2023 03:53:00 | 55113-0004<br>Ally Financial, PO Box 8128, Cockeysville, MD 21030-8128 |
| 14760985 | | EDI: CAPITALONE.COM | Oct 14 2023 03:53:00 | Capital One Bank, PO Box 30285, Salt Lake City, NV 84130-0285 |
| 14760986 | + | EDI: CAPITALONE.COM | Oct 14 2023 03:53:00 | CapitalOne, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14760987 | | EDI: CAPITALONE.COM | Oct 14 2023 03:53:00 | Capitol One Bank, PO Box 30281, Salt Lake City, NV 84130-0281 |
| 14760989 | + | EDI: CITICORP.COM | Oct 14 2023 03:53:00 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14760990 | + | EDI: CITICORP.COM | Oct 14 2023 03:53:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14760991 | + | EDI: WFNNB.COM | Oct 14 2023 03:53:00 | Commenity Bank/GiantEagle, PO Box 182789, Columbus, OH 43218-2789 |
| 14760992 | | EDI: CRFRSTNA.COM | Oct 14 2023 03:53:00 | Credit First NA / Firestone, PO Box 81083, Cleveland, OH 44181 |
| 14760993 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 14 2023 00:44:51 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14760994 | | EDI: DIRECTV.COM | Oct 14 2023 03:53:00 | Directv, PO Box 6550, Greenwood Village, CO 80155 |
| 14795593 | | EDI: DIRECTV.COM | Oct 14 2023 03:53:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14760996 | | EDI: RMSC.COM | Oct 14 2023 03:53:00 | GAP/Synchrony Bank, PO Box 965004, Orlando, FL 32896-5003 |
| 15560443 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:09:50 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14797674 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:09:52 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14797646 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:09:50 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14790837 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2023 00:07:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14760997 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 14 2023 00:07:00 | Nelnet, US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |
| 14763807 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 14 2023 00:06:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14783049 | | EDI: AGFINANCE.COM | Oct 14 2023 03:53:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14760999 | | EDI: AGFINANCE.COM | Oct 14 2023 03:53:00 | OneMain Financial, PO Box 742536, Cincinnnati, OH 45274-2536 |
| 14761000 | + | EDI: AGFINANCE.COM | Oct 14 2023 03:53:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14797629 | | EDI: PRA.COM | Oct 14 2023 03:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14761530 | + | EDI: RECOVERYCORP.COM | Oct 14 2023 03:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14761001 | | Email/Text: bankruptcy@firstenergycorp.com | | |

Case 18-20195-CMB    Doc 144    Filed 10/15/23    Entered 10/16/23 00:24:22    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: 3180W | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 14 2023 00:07:00 | Penn Power, PO Box 16001, Reading, PA 19612-6001 |
| 14775542 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 14 2023 00:07:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14795598 | | EDI: Q3G.COM | Oct 14 2023 03:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14761006 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 14 2023 00:08:00 | SPS - Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14761003 | + | EDI: SALLIEMAEBANK.COM | Oct 14 2023 03:53:00 | Sallie Mae, P.O. Box 8377, Philadelphia, PA 19101-8377 |
| 14789020 | | EDI: SALLIEMAEBANK.COM | Oct 14 2023 03:53:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14761005 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 14 2023 00:06:00 | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14771773 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 14 2023 00:07:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14761007 | ^ | MEBN | Oct 13 2023 23:55:23 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14794120 | | Email/Text: BNCnotices@dcmservices.com | Oct 14 2023 00:06:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14801612 | + | Email/Text: bncmail@w-legal.com | Oct 14 2023 00:07:00 | USAA SAVINGS BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14761008 | + | EDI: USAA.COM | Oct 14 2023 03:53:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 14793207 | | EDI: AIS.COM | Oct 14 2023 03:53:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14767293 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 14 2023 00:06:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14801891 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 14 2023 00:08:00 | Wilmington Trust, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 47

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Select Portfolio Servicing, Inc. |
| cr | | Wilmington Savings Fund Society, FAB, DBA Christia |
| cr | | Wilmington Trust, National Association, not in its |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Nissan Motor Acceptance Corporation, P.O. Box 660366, Dallas, TX 75266-0366 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14786315 | * | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15112821 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: 3180W | Total Noticed: 54 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023                   Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bernadette Irace | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 birace@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FAB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor William C Offley bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Mary L Offley bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 ldoyle@squirelaw.com, logsecf@logs.com |
| Matthew Christian Waldt | on behalf of Creditor Select Portfolio Servicing Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Matthew Christian Waldt | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11