IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
WILLIAM C OFFLEY
MARY L OFFLEY
        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:18-20195

Chapter 13

Related to Doc. No. 139

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 13th day of October, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.
      \*

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**\*Debtor Attorney Fees are excepted from discharge**

BY THE COURT:

*Carlota M. Böhm* jah
Carlota M. Böhm, Judge
United States Bankruptcy Court

FILED
10/13/23 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William C Offley  
Mary L Offley  
    Debtors

Case No. 18-20195-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 13, 2023 | Form ID: pdf900 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William C Offley, Mary L Offley, PO Box 64, 305 Arch St., Mars, PA 16046-0064 |
| cr | | First Associates Loan Servicing, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14760984 | + | BorrowersFirst, PO Box 163207, Austin, TX 78716-3207 |
| 14760988 | ++ | CHOICE CHIROPRACTIC AND WELLNESS CENTER, 8074 McIntyre Sq Dr, Pittsburgh, PA 15237 address filed with court:, Choice Chiropractic and Wellness Center, 8199 McKnight Rd. STE 102, Pittsburgh, PA 15237-5749 |
| 14760995 | + | Everett and Hurite Opthamalmic Assoc., c/o Steve G. McLean, 1835 Forbes Ave., Pittsburgh, PA 15219-5835 |
| 14788566 | | First Associates Loan Servicing, LLC, as agent for BFCL Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14760998 | | Nissan Motor Acceptance, PO Box 742658, Cincinnati, OH 45274-2658 |
| 14761002 | | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14761004 | + | Sarah Offley, PO Box 64, Mars, PA 16046-0064 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 14 2023 00:21:21 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2023 00:21:14 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 14 2023 00:06:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14760982 | + | Email/Text: rosemary@aerofed.net | Oct 14 2023 00:06:00 | Aero Federal Credit Union, 18301 N. 79th Ave Ste A100, Glendale, AZ 85308-0708 |
| 14763910 | | Email/Text: ally@ebn.phinsolutions.com | Oct 14 2023 00:05:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14760983 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 14 2023 00:05:00 | Ally Financial, PO Box 8128, Cockeysville, MD 21030-8128 |
| 14760985 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2023 00:21:14 | Capital One Bank, PO Box 30285, Salt Lake City, NV 84130-0285 |
| 14760986 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2023 00:10:17 | CapitalOne, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14760987 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2023 00:32:13 | Capitol One Bank, PO Box 30281, Salt Lake City, NV 84130-0281 |
| 14760989 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2023 00:21:10 | Citi Cards/Citibank, PO Box6241, Sioux Falls, SD 57117-6241 |
| 14760990 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | Notice Method | Time | Recipient |
|---|---|---|---|---|
| | | | Oct 14 2023 00:09:36 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14760991 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 14 2023 00:06:00 | Commenity Bank/GiantEagle, PO Box 182789, Columbus, OH 43218-2789 |
| 14760992 | | Email/Text: BKPT@cfna.com | Oct 14 2023 00:05:00 | Credit First NA / Firestone, PO Box 81083, Cleveland, OH 44181 |
| 14760993 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 14 2023 00:21:04 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14760994 | | Email/Text: G06041@att.com | Oct 14 2023 00:08:00 | Directv, PO Box 6550, Greenwood Village, CO 80155 |
| 14795593 | | Email/Text: G06041@att.com | Oct 14 2023 00:08:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14760996 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 14 2023 00:44:44 | GAP/Synchrony Bank, PO Box 965004, Orlando, FL 32896-5003 |
| 15560443 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:10:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14797674 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:09:36 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14797646 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:10:22 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14790837 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2023 00:07:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14760997 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 14 2023 00:07:00 | Nelnet, US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |
| 14763807 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 14 2023 00:06:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14783049 | | Email/PDF: cbp@omf.com | Oct 14 2023 00:32:08 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14760999 | | Email/PDF: cbp@omf.com | Oct 14 2023 00:31:57 | OneMain Financial, PO Box 742536, Cincinnnati, OH 45274-2536 |
| 14761000 | + | Email/PDF: cbp@omf.com | Oct 14 2023 00:20:39 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14797629 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2023 00:09:50 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14761530 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 14 2023 00:21:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14761001 | | Email/Text: bankruptcy@firstenergycorp.com | Oct 14 2023 00:07:00 | Penn Power, PO Box 16001, Reading, PA 19612-6001 |
| 14775542 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 14 2023 00:07:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14795598 | | Email/Text: bnc-quantum@quantum3group.com | Oct 14 2023 00:07:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14761006 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 14 2023 00:08:00 | SPS - Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14761003 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Oct 14 2023 00:08:00 | Sallie Mae, P.O. Box 8377, Philadelphia, PA 19101-8377 |
| 14789020 | | Email/Text: ebn_bkrt_forms@salliemae.com | Oct 14 2023 00:08:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |

| Recip ID | Bypass | Notice Type / Address | Date/Time | Recipient |
|---|---|---|---|---|
| 14761005 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 14 2023 00:06:00 | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14771773 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 14 2023 00:07:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14761007 | ^ | MEBN | Oct 13 2023 23:55:18 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14794120 | | Email/Text: BNCnotices@dcmservices.com | Oct 14 2023 00:06:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14801612 | + | Email/Text: bncmail@w-legal.com | Oct 14 2023 00:07:00 | USAA SAVINGS BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14761008 | + | Email/Text: bkelectronicnotices@usaa.com | Oct 14 2023 00:05:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 14793207 | | Email/PDF: ebn_ais@aisinfo.com | Oct 14 2023 00:09:36 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14767293 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 14 2023 00:06:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14801891 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 14 2023 00:08:00 | Wilmington Trust, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Select Portfolio Servicing, Inc. |
| cr | | Wilmington Savings Fund Society, FAB, DBA Christia |
| cr | | Wilmington Trust, National Association, not in its |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Nissan Motor Acceptance Corporation, P.O. Box 660366, Dallas, TX 75266-0366 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14786315 | * | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15112821 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023            Signature:       /s/Gustava Winters

District/off: 0315-2     User: auto     Page 4 of 4
Date Rcvd: Oct 13, 2023     Form ID: pdf900     Total Noticed: 52

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Bernadette Irace | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 birace@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FAB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor William C Offley bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Mary L Offley bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 ldoyle@squirelaw.com, logsecf@logs.com |
| Matthew Christian Waldt | on behalf of Creditor Select Portfolio Servicing Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Matthew Christian Waldt | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11